THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW
YORK CENTRAL RAILROAD COMPANY, Appellant, against
STATE TAX COMMISSION, Respondent.

(Argued May 22, 1935; decided June 11, 1935.)

*Kenneth O. Mott-Smith, Frederick L. Wheeler* and *Clive C. Handy* for appellant.

*John J. Bennett, Jr., Attorney-General (Edward J. Grogan, Jr.,* and *Timothy F. Cohan* of counsel), for respondent.

Orders affirmed, with one bill of costs. (Appeals from four orders were withdrawn.) No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.